In the Matter of the Claim of JOSEPHINE REICHARD, Respondent, against H. H. FRANKLIN MANUFACTURING COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928.)

*Clarence B. Tippett* for appellants.
*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

 no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.